*Warrant Issued*

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States
```

**FILED**

DEC - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-03239-JAM-EFB |
| Plaintiff, | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. | |
| APPROXIMATELY $20,050.00 in U.S. CURRENCY, and | |
| APPROXIMATELY $25,212.00 IN U.S. CURRENCY SEIZED FROM TRI-COUNTIES BANK ACCOUNT NUMBER 291084308, | |
| Defendants. | |

WHEREAS, a Verified Complaint for Forfeiture In Rem has been filed on December 7, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $20,050.00 in U.S. Currency ("defendant currency") and the defendant Approximately $25,212.00 in U.S. Currency seized from Tri-Counties Bank account number 291084308 ("defendant funds") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 et seq.;

And, the Court being satisfied that, based on the Verified

Complaint for Forfeiture In Rem and the affidavit of Drug Enforcement Administration Special Agent Pete Colichidas, there is probable cause to believe that the defendant currency and the defendant funds so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles In Rem exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles In Rem for the defendant currency.

Dated: Dec 7, 2011

KENDALL J. NEWMAN
United States Magistrate Judge

```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-03239-JAM-EFB |
| Plaintiff, | **WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. | |
| APPROXIMATELY $20,050.00 in U.S. CURRENCY, and | |
| APPROXIMATELY $25,212.00 IN U.S. CURRENCY SEIZED FROM TRI-COUNTIES BANK ACCOUNT NUMBER 291084308, | |
| Defendants. | |

TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on December 7, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $20,050.00 in U.S. Currency ("defendant currency") and the defendant Approximately $25,212.00 in U.S. Currency seized from Tri-Counties Bank account number 291084308 ("defendant funds") are subject to forfeiture to the United

1  States pursuant to 21 U.S.C. § 881(a)(6) for one or more
2  violations of 21 U.S.C. §§ 841 et seq.;

3      WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for
4  Admiralty or Maritime Claims and Asset Forfeiture Actions
5  ("Supplemental Rules") provides that when the United States files
6  a complaint demanding a forfeiture for violation of a federal
7  statute, the clerk must issue a warrant to arrest the property if
8  it is in the government's possession, custody, or control.  The
9  defendant currency and the defendant funds are the custody of the
10 U.S. Marshals Service for the Eastern District of California;

11     WHEREAS, in addition, United States Magistrate Judge Kendall
12 J. Newman has ordered that the Clerk for the United States
13 District Court, Eastern District of California, shall issue a
14 Warrant for Arrest of Articles In Rem for the defendant currency
15 and defendant funds based on the Verified Complaint for
16 Forfeiture In Rem and the affidavit of Drug Enforcement
17 Administration Special Agent Pete Colichidas, stating that there
18 is probable cause to believe that the defendant currency and
19 defendant funds so described constitute property that is subject
20 to forfeiture for such violation(s);

21     YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the
22 defendant currency and defendant funds, and use discretion and
23 whatever means appropriate to protect and maintain said defendant
24 currency and defendant funds; and

25     IT IS FURTHER ORDERED that you shall provide notice of this
26 action to all persons thought to have an interest in or claim
27 against the defendant currency and defendant funds by serving
28 upon such persons a copy of this warrant and a copy of the

Verified Complaint for Forfeiture In Rem in a manner consistent with the Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This warrant provides notice that in order to avoid forfeiture of the defendant currency and defendant funds, any person claiming an interest in, or right against, the property must file a verified claim, signed under penalty of perjury, identifying the interest in, or right against, the property in the manner set forth in Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such claim be filed later than 35 days after the date notice of the forfeiture action and a copy of the complaint was sent or, as applicable, 60 days after the first day of publication on the official internet government forfeiture site www.forfeiture.gov posting the notice of forfeiture action. In addition, any person having filed such a claim must also file an answer to the complaint or a motion under Rule G(5) and Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814.

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: 12/7, 2011

VICTORIA C. MINOR, Clerk

By: /S/
Deputy Clerk
United States District Court
Eastern District of California