BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-03239-JAM-EFB |
| Plaintiff, | STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DATES; ORDER THEREON |
| v. | |
| APPROXIMATELY $20,050.00 in U.S. CURRENCY, and | |
| APPROXIMATELY $25,212.00 IN U.S. CURRENCY SEIZED FROM TRI-COUNTIES BANK ACCOUNT NUMBER 291084308, | |
| Defendants. | |

The United States and claimant Annette Boyd, by and through their undersigned attorneys, hereby stipulate:

1. This stipulation is executed by all parties who have appeared in and are affected by this action.

2. The expert witness and rebuttal expert witness disclosure dates currently set on October 1, 2012 and October 8, 2012, with the Court's approval, be continued to January 3, 2013 and January 10, 2013 to allow for the completion of non-expert depositions and to allow the parties' experts to review written discovery and deposition transcripts, as well as draft their expert reports in accordance with the Federal Rules

of Civil Procedure.

3.  This is the parties' first request for an extension.

Dated: 9/27/12                           BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney


Dated:  9/27/12                          /s/ David J. Cohen
                                         DAVID J. COHEN
                                         Attorney for Claimant

                                         (Authorized by email)


## ORDER

IT IS SO ORDERED.

Dated:  9/27/2012                         /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Court Judge