BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )    2:11-CV-03239-JAM-EFB
                                       )
                Plaintiff,             )    STIPULATION TO STAY FURTHER
        v.                             )    PROCEEDINGS AND ORDER
                                       )
APPROXIMATELY $20,050.00 in U.S.       )
CURRENCY,          and                 )
                                       )
APPROXIMATELY $25,212.00 IN U.S.       )
CURRENCY SEIZED FROM                   )
TRI-COUNTIES BANK ACCOUNT              )
NUMBER 291084308,                      )
                                       )
                Defendants.            )
_____)

        The United States of America, and Claimant Annette Denise Boyd (hereafter "claimant"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings in this civil forfeiture action until the proceedings in the companion state criminal case, The People of the State of California v. Annette Denise Boyd, CM034703, have concluded.   The parties request this stay for the following reasons:

        1.  Claimant filed a verified claim and answer to the defendant currency listed above.

        2.  The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2).  The

United States contends that the defendant currency constitutes money or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. §§ 841 *et seq.* Claimant denies these allegations.

3.     The United States intends to depose claimant regarding her claim and her knowledge of the source of the defendant currency.  If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking her Fifth Amendment rights against self-incrimination and losing the ability to pursue her claim to the defendant currency, or waiving her Fifth Amendment right and submitting to a deposition and potentially incriminating herself.  If she invokes his Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim she filed with this court.

4.     In addition, claimant intends to depose the law enforcement agents involved in this investigation.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the state government to properly prosecute the case.

5.     Accordingly, the parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant's ability to prove her claim to the defendant currency and assert any defenses to forfeiture.  For these reasons, the parties jointly request that this matter be stayed until the related criminal case has concluded.  Within 30 days after the conclusion of the companion criminal case the parties will submit a joint status

///

///

///

///

report addressing the matters set forth in the December 7, 2011, Order Requiring Joint

Stipulation to Stay Further Proceedings

Status Report.


Dated: 1/2/13 _____                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Kevin C. Khasigian_____
                                       KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney


Dated: 1/2/13 _____                    /s/ David J. Cohen_____
                                       DAVID J. COHEN
                                       Attorney for Claimant

                                       (Signature retained by attorney)


                                    ORDER

        IT IS SO ORDERED.

Dated: 1/3/ 2013                       /s/ John A. Mendez_____
                                       JOHN A. MENDEZ
                                       United States District Court Judge