BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-03239-JAM-EFB |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $20,050.00 in U.S. CURRENCY, and | |
| APPROXIMATELY $25,212.00 IN U.S. CURRENCY SEIZED FROM TRI-COUNTIES BANK ACCOUNT NUMBER 291084308, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.   This is a civil action *in rem* brought against Approximately $20,050.00 in U.S. Currency (hereafter "defendant currency") and Approximately $25,212.00 in U.S. Currency seized from Tri-Counties Bank account number 291084308 (hereafter "defendant funds").  The defendant currency was seized on or about June 14, 2011 and the defendant funds were seized on or about June 15, 2011.

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on December 7, 2011, alleging that defendant currency and defendant funds are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On December 7, 2011, the Clerk issued a Warrant for Arrest for the defendant currency and defendant funds and that warrant was duly executed on December 8, 2011.

4. Beginning on December 15, 2011, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on January 18, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s): Annette Denise Boyd.

6. Claimant filed an answer alleging an interest in the defendant currency and the defendant funds on January 9, 2012 and filed a claim on January 11, 2012. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. All right, title, and interest of Annette Denise Boyd in the following defendant assets, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law:

   a. Approximately $20.050.00 in U.S. Currency; and
   b. Approximately $25,212.00 in U.S. Currency seized from Tri-Counties Bank account number 291084308.

3. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and

2

Final Judgment of Forfeiture

all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency and defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

4. All parties are to bear their own costs and attorney's fees.

5. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 16th day of July, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge